P. JARRETT CLINE, 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, CA 93721
Telephone: (559) 617-4444
Email-Jarrett@559law.com

Attorney for Defendant
Rodolfo Antonio Ortega

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODOLFO ORTEGA,<br><br>Defendant. | CASE NO. 1:24-CR-00116-KES<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: March 12, 2025<br>TIME: 2:00 p.m. |

This case is set for a status conference on a supervised release on March 12, 2025. The parties agree and stipulate to continue the status conference until April 2, 2025, to accommodate the schedule of counsel and for further investigation.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on a supervised release violation on March 12, 2025.

2. By this stipulation, defendant now moves to continue the status conference until **April 2, 2025, at 2:00 p.m.**

3. No exclusion of time is necessary because the matter concerns a supervised release violation.

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

IT IS SO STIPULATED.

Dated: March 10, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: March 10, 2025

/s/ JARRETT CLINE
JARRETT CLINE
Counsel for Defendant
RODOLFO ORTEGA

## **ORDER**

IT IS SO ORDERED that the status conference is continued from March 12, 2025, to **April 2, 2025, at 2:00 p.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated: **March 10, 2025**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE