P. JARRETT CLINE, 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, CA 93721
Telephone: (559) 617-4444
Email-Jarrett@559law.com

Attorney for Defendant
Rodolfo Antonio Ortega

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>RODOLFO ORTEGA,<br><br>               Defendant. | CASE NO. 1:24-CR-00116-001<br><br>STIPULATION AND ORDER REGARDING CONTINUANCE OF STATUS CONFERENCE<br><br>DATE: April 2, 2025<br>TIME: 2:00 p.m. |

      This case is set for a status conference on a supervised release on April 2, 2025. The parties agree and stipulate to continue the status conference until May 14, 2025, to accommodate the schedule of counsel and for further investigation.

**STIPULATION**

      Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

      1.    By previous order, this matter was set for status conference on a supervised release violation on April 2, 2025.

      2.    By this stipulation, defendant now moves to continue the status conference until **May 14, 2025, at 2:00 p.m.**

      3.    No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO STIPULATED.

Dated: March 31, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: March 31, 2025

/s/ JARRETT CLINE
JARRETT CLINE
Counsel for Defendant
RODOLFO ORTEGA

**ORDER**

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the status conference scheduled for April 2, 2025, at 2:00 p.m. is continued to May 14, 2025, at 2:00 p.m.  No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO ORDERED.

DATED: 3/31/2025

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE