MICHELE BECKWITH
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00116-001 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| RODOLFO ANTONIO ORTEGA, | DATE: May 14, 2025
TIME: 2:00 P.M.
COURT: Erica P. Grosjean |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a preliminary hearing on May 14, 2025.

2. The Government and Probation have extended an offer to Defense Counsel to resolve the case.

3. Defense Counsel is requesting additional time to meet and confer with his client regarding the plea offer.

4. Defense counsel has a trial set to begin and last through the middle of June 2025. As a result, Defense counsel is requesting a date in late June 2025 for a status conference.

5. Both parties anticipate an admission to the petition to take place at the next setting.

6. By this stipulation, initiated jointly by the Government and Defense Counsel, the parties

1

1 stipulate that the preliminary hearing set for May 14, 2025 be waived and a status conference be set on
2 June 24, 2025, at 2:00 PM, to allow time for defense review of the discovery, to conduct an investigation
3 of these charges, and to have more informed settlement discussions.  Because this case involves a
4 pending supervised release petition, no exclusion of time is necessary.

     IT IS SO STIPULATED.

///

///

Dated:  May 12, 2025       MICHELE BECKWITH
                                             Acting United States Attorney

                                             /s/ LUKE BATY
                                             LUKE BATY
                                             Assistant United States Attorney

Dated:  May 12, 2025       /s/ JARRETT CLINE
                                             JARRETT CLINE
                                             Counsel for Defendant
                                             RODOLFO ORTEGA

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until June 24, 2025, at 2:00 PM before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **May 13, 2025**            /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE