P. JARRETT CLINE, 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, CA 93721
Telephone: (559) 617-4444
Email-Jarrett@559law.com

Attorney for Defendant
Rodolfo Antonio Ortega

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00116-001 |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; FINDINGS AND ORDER |
| v. | DATE: July 28, 2025 |
| RODOLFO ORTEGA, | TIME: 9:30 a.m. |
| Defendant. | |

This case is set for a sentencing on a supervised release on July 28, 2025. The parties agree and stipulate to continue the status conference until August 11, 2025, to accommodate the schedule of counsel and for further preparation for the sentencing hearing.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on a supervised release violation on July 28, 2025.

2. By this stipulation, defendant now moves to continue the status conference until **August 11, 2025, at 9:30 a.m.**

3. No exclusion of time is necessary because the matter concerns a supervised release violation.

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

IT IS SO STIPULATED.

Dated: July 21, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: July 21, 2025

/s/ JARRETT CLINE
JARRETT CLINE
Counsel for Defendant
RODOLFO ORTEGA

**ORDER**

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the sentencing scheduled for July 28, 2025 is continued to August 11, 2025 at 9:30 a.m. No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO ORDERED.

Dated:   July 21, 2025

UNITED STATES DISTRICT JUDGE